DEXTER D. SHAW ET UX. *vs.* NATHANIEL NEWELL.

An action cannot be sustained upon a qualified promise to pay a debt barred by the statute of limitation, unless it be brought in accordance with the qualification.

ASSUMPSIT upon a promissory note of the defendant, dated June 23, 1839, and made payable to the plaintiff's wife. Plea, statute of limitations. Replication, a new promise. It appeared in evidence that Newell, in a conversation with the plaintiff's wife, upon being requested to renew his note, replied, " you need not be concerned, I calculate to pay you all I owe you within a year." This was in May, 1850; the writ was served in June of the same year. The officer charged with the service of the writ testified that the defendant said, " the last time I saw the plaintiff's wife, I told her I should pay her within a year."

The counsel for the defendant asked the Court to dismiss the cause, on the ground that, even if the evidence proved a promise to pay this debt, no action could be brought upon it within a year.

*Per Curiam.* If this be anything, it is a promise to pay at the end of the year. The action cannot be brought within that time. When a person makes a qualified acknowledgment of a debt barred by the statute, the plaintiff must take the acknowledgment with its qualifications.

Action discontinued.